COWAN
LIEBOWITZ
LATMAN

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY 10036

(212) 790-9200 Tel
(212) 575-0671 Fax
www.cll.com

Meichelle R. MacGregor
(212) 790-9259
mrm@cll.com

September 15, 2026

**Via ECF**

Hon. Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street, Room 2220
New York, New York 10007

Re: *Sweet Sam's Baking Company, LLC v. Tara M. Franklin d/b/a Sweet Sam Bakes*
(Case No. 1:26-cv-5090-LAP)

Hon. Judge Preska:

We represent Plaintiff Sweet Sam's Baking Company, LLC in the above-referenced action. We write with the consent of Defendant Tara M. Franklin, who is appearing *pro se*, to advise the Court that the parties are actively engaged in settlement discussions and to respectfully request a thirty (30) day pause of the proceedings to allow those discussions to continue.

The parties are discussing a potential resolution and believe that a brief pause of the proceedings would facilitate their ongoing negotiations and conserve the parties' and the Court's resources. Although the parties have not yet reached a final agreement, they are hopeful that continued discussions may resolve this matter without the need for further litigation or Court involvement. Accordingly, the parties respectfully request that the Court stay all proceedings in this action for thirty (30) days, through and including October 15, 2026.

There are no deadlines or conferences currently scheduled before the Court, and this request will therefore not affect any existing dates on the Court's calendar. There have been no prior requests for a pause or extension of any kind in this matter.

Defendant, appearing *pro se*, has consented to this request and has agreed to accept service by email of related communications.

We greatly appreciate the Court's time and consideration, and should the Court need any additional information, we are available at the Court's convenience.

Respectfully submitted,

Meichelle R. MacGregor

cc: Tara M. Franklin (via email), Defendant *Pro Se*

**SO ORDERED.**

___________________________________
Loretta A. Preska
Senior United States District Judge

September 15, 2026